```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

         OCT 2 0 2014

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Nika Raet Bey,

        Plaintiff,

        v.

MusclePharm Corporation,

        Defendant.

Case No.: 2:14-cv-655-JAD-GWF

Order Granting Motion to Transfer [Doc. 15] and Denying Without Prejudice Motion to Dismiss [Doc. 29] and Request for Judicial Notice [Doc. 36]

For the reasons stated on the record during the October 20, 2014, hearing,

It is **HEREBY ORDERED** that Defendant's Motion to Transfer **[Doc. 15] is GRANTED**. The clerk is instructed to transfer this case to the U.S. District Court for the District of Colorado.

It is **FURTHER ORDERED** that in light of the fact that Defendant's motion to transfer is granted, Defendant's Motion to Dismiss **[Doc. 29]** and Request for Judicial Notice **[Doc. 36] are DENIED WITHOUT PREJUDICE** for their reassertion—if still relevant—before the Colorado District Court.

DATED: October 20, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE